IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| STEPHEN B. B., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL NO. 17-cv-1068-JPG-CJP |
| | ) | |
| COMMISSIONER of SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

Before the Court is the parties' Agreed Motion for Remand to the Commissioner (Doc. 16). The parties ask that this case be remanded for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). A sentence four remand (as opposed to a sentence six remand) depends upon a finding of error and is itself a final, appealable order. *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991); *Perlman v. Swiss Bank Corp. Comprehensive Disability Prot. Plan*, 195 F.3d 975, 978 (7th Cir. 1999). Upon a sentence four remand, judgment should be entered in favor of plaintiff. *Shalala v. Schaefer*, 509 U.S. 292, 302-03 (1993).

The parties agree that, upon remand, "the ALJ will reevaluate the medical opinions of mental functioning and further explain how the [residual functional capacity] finding accommodated those mental limitations, including any limitations in concentration, persistence, or pace; if necessary, obtain additional [vocational expert] testimony; take further action to complete the administrative record resolving the above issues and issue a new decision."

Plaintiff received SSI benefits based on disability as a child. In 2010 plaintiff reached the age of eighteen and eligibility for these benefits was redetermined. Plaintiff applied for disability insurance benefits as a disabled adult child in February 2010. (Tr. 22). After he was denied, he sought judicial review in this Court, and the decision was reversed and remanded. *See*

*Stephen B. v. Colvin*, Case No. 13-cv-924-CJP. While recognizing that the agency has a full docket, the Court urges the Commissioner to expedite this case on remand.

For good cause shown, the parties' Agreed Motion for Remand (Doc. 16) is **GRANTED**. The final decision of the Commissioner of Social Security denying Stephen B. B.'s application for social security benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence pursuant to sentence four of 42 U.S.C. § 405(g). The Clerk of Court is **DIRECTED** to enter judgment in favor of plaintiff.

**IT IS SO ORDERED.**

**DATED:  May 14, 2018**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**UNITED STATES DISTRICT JUDGE**