IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

STEPHEN B. BRANDENBERG,   )
                          )
         Plaintiff,     )
                          )
vs.                       )   Civil No.   17-cv-1068 JPG/CJP
                          )
COMMISSIONER of SOCIAL SECURITY,  )
                          )
         Defendant.     )
                          )

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States District Judge J. Phil Gilbert, the Commissioner's final decision denying plaintiff's application for social security benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence pursuant to sentence four of 42 U.S.C. § 405(g).

Judgment is entered in favor of plaintiff Stephen B. Brandenberg and against defendant Commissioner of Social Security.

     **DATED:**   May 14, 2018

                                            **JUSTINE FLANAGAN,**
                                            **Acting Clerk of Court**

                                            **BY: s/Tina Gray**
                                                  **Deputy Clerk**

**Approved:**

s/ J. Phil Gilbert
**J. Phil Gilbert**
**U.S. District Judge**